HANNA RHEE of
BLACK PATIENTS MATTER (Full Name)
1887 WHITNEY MESA DR, #1919 (Address Line 1)
HENDERSON, NV 89014 (Address Line 2)
910 707 3660 (Phone Number)
BLACK.PATIENTS.MATTER@GMAIL.COM

Plaintiff in Pro Per

FILED
LODGED
2019 NOV 20 PM 1:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

2019 DEC -6 PM 4:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HANNA RHEE of
BLACK PATIENTS MATTER,

Plaintiff,

vs.

DEV APPANNAGARI GNANADEV

Defendant(s).

Case No.: EDCV19-02223 RGK (SHK)
(To be supplied by the Clerk)

Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)

Jury Trial Demanded: ☑ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the Defendant resides and works in San Bernadino County.

FEE PAID

Pro Se Clinic Form

1

Page Number

## III. PARTIES

3. Plaintiff  HANNA RHEE of BLACK PATIENTS MATTER  resides at:
*(your full name)*

(Physical Address: 2204 CORRINE ST, TAMPA FL 33605)

(Mailing Address: 1887 Whitney Mesa Dr, #1919, Henderson NV 89014)
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant  DEV APPANNAGARI GNANADEV  works at
*(full name of Defendant)*

MEDICAL BOARD OF CALIFORNIA (MBOC)
*(Defendant's place of work)*

Defendant's title or position is  BOARD MEMBER OF MBOC .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity        ☒ official capacity

This Defendant was acting under color of law because: Defendant violated Plaintiff's 1st amendment right to free speech by using his position as a MBOC board member at a public meeting to intimidate argue order harass Plaintiff not to state nor suggest Defendant does not know the difference between race and ethnicity publicly.

5. Defendant ~~_____~~ works at
*(full name of Defendant)*

~~_____~~
*(Defendant's place of work)*

Defendant's title or position is ~~_____~~ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☐ official capacity

This Defendant was acting under color of law because: ~~_____~~

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. On November 8, 2019 Plaintiff was attending the quarterly Medical Board of CA (MBOC) meeting held at the Westin Hotel in downtown San Diego as a public advocate for Black Patients Matter, a grassroots organization network addressing the chronic health disparity amongst underrepresented minority patient populations. Plaintiff has been attending the MBOC quarterly meetings regularly throughout the state of CA and always attended with other public health advocates along with her security team as Plaintiff has unfortunately been subjected to harassment in the past. But on this particular day June 8, 2019, Plaintiff for the first time decided not to bring her security team as she mistakenly assumed since she has been attending these meetings regularly for a couple of years without incident, and there are now armed police officers in attendance anyway, using her private security team would be unnecessary.

2. During the second day of the public meeting June 8, 2019 a speaker (Deputy Director of Center for Family Health, CA Dept of Public Health) presented and discussed the ongoing healthcare disparity related to high cortisol levels of African-American mothers who had just delivered their newborns. Defendant commented from his Board seat at the front of the meeting table "I am surprised to see the graph shows the cortisol levels of Hispanic mothers is so close to the white mothers, but the black mothers is still so high" which the speaker attributed to social determinants of health from chronic racism as a major contributing factor. Thereafter the Chair opened the floor for public comments related to the topic whereupon the Plaintiff stated "In regards to the comment made by a Board member about Hispanic mothers, although we of course love and support our Hispanic communities, Hispanics are not considered to be a race and are generally categorized as white unless they are not; race is usually defined differently from ethnicity in epidemiologic studies, so therefore it shouldn't be surprising to anyone that the Hispanic mothers' curve

1  approximate white mothers." At no time did Plaintiff identify the Board member by name
2  as per meeting rules and as evidenced by the recorded video to be posted on the
3  MBOC website.
4  3.     After the meeting adjourned, Defendant walked toward the back of the meeting
5  room across to the other end of the facility where Plaintiff was sitting alone in the
6  audience (by this time all other public advocates had left early for the day) and angrily
7  accosted Plaintiff about her public comments repeatedly stating "Don't tell me I don't
8  know about diversity! Do not say this in public or there will be problems! You need to
9  go home and think about what I am telling you!" Plaintiff became fearful as it is
10 somewhat unprecedented for a sitting Board member to approach and verbally
11 reprimand a member of the public for commenting per MBOC rules at a state-sanctioned
12 public meeting. Shortly thereafter Board attorney Kerrie Webb approached the
13 confrontation and Plaintiff quickly shook her hand grateful for her presence. Plaintiff
14 briefly again attempted to explain herself to Defendant which caused his anger to
15 escalate even more whereupon Plaintiff became fearful, shook Defendant's hand,
16 and fled from the room.
17
18
19
20
21
22
23
24
25
26
27
28

# V. CLAIMS

## Claim #1

__1__. Plaintiff realleges and incorporates by reference all of the paragraphs above.

__2__. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

First Amendment right to free speech

__3__. The above civil right was violated by the following Defendants:

DEV APPANNAGARI GNANADEV

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

__4__. Defendant violated Plaintiff's First Amendment right to free speech by accosting arguing ordering harassing bullying Plaintiff not to make comments which Defendant does not approve of during the public comments section of a public state-sanctioned meeting. Defendant took advantage of the Plaintiff being alone for the first time without her security team nor other advocate friends present to violate her First Amendment rights by repeatedly stating "Don't tell me I don't know about diversity! Do not say this in public or there will be problems! You need to go home and think about what I am telling you!"

__5__. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
Due to Defendant's actions, Plaintiff suffers with mental anguish, fear, and humiliation.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Plaintiff is seeking $10,000 in damages whereupon 100% of the proceeds will be donated to Black Patients Matter so as to continue advocating and supporting African-American health issues.

Dated: 11 16 2019

Sign: _____

Print Name: HANNA RHEE of BLACK PATIENTS MATTER

6
Page Number

Pro Se Clinic Form

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11 16 2019

Sign: *[signature]*

Print Name: HANNA RHEE of BLACK PATIENTS MATTER

Hanna Rhee of
Black Patient matter
1887 Whitney Mesa Dr #1919
Henderson, NV 89014

CERTIFIED MAIL
7018 0360 0002 3065 9426

U.S. POSTAGE PAID
FCM LG ENV
TAMPA, FL
33630
NOV 18, 19
AMOUNT
$1.75
R2305K134410-22

U.S. POSTAGE PAID
FCM LG ENV
TAMPA, FL
33630
NOV 18, 19
AMOUNT
$3.50
R2305K134410-22

Rec'd
1/2
10 am
11/20

US District Court -
Eastern Division
3470 Twelfth Street, Rm. 134
Riverside CA 92501

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 20 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY