UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:19-cv-02223-RGK-SHK | Date: | May 26, 2020 |
| Title: | *Hanna Rhee v. Dev Appannagari Gnanadev* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

### I.   BACKGROUND

On December 6, 2019, pro se Plaintiff Hanna Rhee of Black Patients Matter ("Plaintiff") filed a civil rights Complaint under 42 U.S.C. § 1983 ("Complaint" or "Compl.") against Defendant Dev Appannagari Gnanadev ("Defendant") in his individual and official capacity. Electronic Case Filing Number ("ECF No.") 2, Compl.  The same day, Plaintiff filed a Summons listing Defendant's address as 550 Manzanita Road, Redlands, CA 92372.  ECF No. 3, Summons. On February 6, 2020, Plaintiff filed a proof of service ("POS") showing that she served her Summons and Complaint on Defendant at Defendant's place of work on January 9, 2020.  ECF No. 9, POS.

Under Federal Rule of Civil Procedure ("Rule") 12(a)(1)(A) a defendant must serve an answer "within 21 days after being served with the summons and complaint[.]"  Accordingly, if Plaintiff served Defendant on January 9, 2020, Defendant should have answered or otherwise responded by January 31, 2020 at the latest.  To date, Defendant has not responded or otherwise appeared in the case.

It is Plaintiff's responsibility to move the litigation forward and to prosecute this action in accordance with federal and local rules of civil procedure.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **June 3, 2020**, why this action should not be dismissed for failure to

prosecute.  Plaintiff may satisfy this order by: (1) filing an update with the Court demonstrating she wishes to continue pursuing this action, that she is complying with the rules, and that she is taking action in response to Defendant's failure to answer, or (2) if Plaintiff no longer wishes to pursue this action, she may voluntarily dismiss her Complaint under Rule 41 by filing a notice of dismissal with the Court.  Failure to comply with one of the provided options by **June 3, 2020**, may result in dismissal of this action for failure to prosecute and follow Court orders.

The Clerk of Court is directed to attach a dismissal form to this Order to be mailed to Plaintiff.

Plaintiff is encouraged to utilize the pro se law clinic that offers information and guidance to individuals (such as Plaintiff) who are representing themselves in a federal civil action.  The clinic takes place on Tuesdays and Thursdays from 10:00 a.m. to 2:00 p.m. in the United States Courthouse, George E. Brown Federal Building, located at 3470 Twelfth Street, Room 125, Riverside California.  The Court is unaware if or how the clinic has been impacted by the current COVID-19 pandemic, but Plaintiff can obtain more information by calling (951) 682-7968 or by visiting the clinic website: http://prose.cacd.uscourts.gov/riverside.

**IT IS SO ORDERED**