1  HANNA RHEE OF BLACK PATIENTS MATTER
   1887 Whitney Mesa Dr, Ste. 1919
2  Henderson, NV 89014
3  (910) 707-3660
   BLACK.PATIENTS.MATTER@GMAIL.COM
4
5  Pro Se
6
7              IN THE UNITED STATES DISTRICT COURT
8              OF THE CENTRAL DISTRICT OF CALIFORNIA
9  _____     5:19-cv-02223-RGK-SHK
10 HANNA RHEE OF BLACK PATIENTS MATTER
                                        PLAINTIFF RESPONSE TO
11              Plaintiff                JUDGE'S ORDER SHOW CAUSE
                                        WHY NOT DISMISSED FOR
12                                      FAILURE TO PROSECUTE
13              v.
                                        Date: TBD
14                                      Time: TBD
                                        Courtroom: TBD
15 DEV APPANNAGARI GNANDEV              Magistrate Judge Shashi H. Kewalramani
16              Defendant                Trial Date: TBD
                                        Action filed: June 1, 2020
17 _____
18
19 Dear Your Honor Magistrate Judge Kewalramani,
20      Plaintiff sincerely apologizes for failing to prosecute the Defendant as it is the
21 Plaintiff's responsibility to move the litigation forward and to prosecute this action in
22 accordance with federal and local rules of civil procedure.  Not knowing the rules nor
23 the availability of Pro Se Clinics is no reason for her to break them.  Plaintiff and the
24 African American patient community have been overwhelmed with the unprecedented
25 COVID-19 epidemic in the loss of key legal consultants in their community.
26      Yes, Plaintiff wishes to continue pursuing this action, and will comply with the rules.
27 In the coming hours, Plaintiff will be taking action in response to Defendant's failure to
28                                      1

respond by filing the appropriate documents despite lockdowns and curfews in response to the death of George Floyd.

DATED: June 01, 2020

Hanna Rhee of Black Patients Matter

Plaintiff, Pro se