HANNA RHEE OF BLACK PATIENTS MATTER
2204 Corrine St. Tampa FL 33605
Black.Patients.Matter@gmail.com
910-707-3660
*Pro Se*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANNA RHEE OF ) | | |
| BLACK PATIENTS MATTER ) | Civil Action No. | |
| Plaintiff ) | 5:19-cv-02223-RGK-SHK | |
| ) | | |
| v. ) | NOTICE OF OFFER | |
| ) | FOR MEDIATION | |
| DEV APPANNAGARI GNANADEV, ) | | |
| ) | Trial Date:  TBA | |
| Defendant ) | Trial Time:  TBA | |
| ) | Hon. Shashi H. Kewalramani | |
| ) | Courtroom 3 or 4 (Third Floor) | |

Your Honor Magistrate Judge Kewalramani,

On July 24, 2020 Plaintiff sent an email to Defendant inviting him to mediation.  A mediator listed on the California Department of Consumer Affairs has agreed to mediate this case.  To date, no response has been received by the Defendant.

Dated July 27, 2020          Respectfully,

**/s/ HANNA RHEE OF BLACK PATIENTS MATTER**

Hanna Rhee of Black Patients Matter
*Plaintiff Pro Se*