XAVIER BECERRA
Attorney General of California
JANE ZACK SIMON
Supervising Deputy Attorney General
AMY W. LO
State Bar No. 194308
KEITH C. SHAW, State Bar No. 227029
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3482
 Fax:  (415) 703-1234
 E-mail:  Amy.Lo@doj.ca.gov
*Attorneys for Defendant Dev Appannagari Gnanadev*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **Hanna Rhee of Black Patients Matter,**<br><br>Plaintiff,<br><br>v.<br><br>**Dev Appannagari Gnanadev,**<br><br>Defendant. | 5:19-cv-02223-RGK-SHK<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)<br><br>Hearing Date:   October 6, 2020<br>Hearing Time:   11:00 a.m.<br>Judge:  Hon. Shashi H. Kewalramani<br>Courtroom:   3 or 4 (Third Floor) |

TO THE HONORABLE COURT AND PLAINTIFF IN PRO SE:

PLEASE TAKE NOTICE that on Tuesday, October 6, 2020, at 11:00 a.m., or as soon thereafter as this matter may be heard in the above-entitled Court located at the George E. Brown, Jr. Federal Building and U.S. Courthouse, Third Floor

1

1  (Courtroom 3 or 4), 3470 12th Street, Riverside, California, Defendant will move
2  this Court to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil
3  Procedure, rule 12(b)(1) and 12(b)(6).
4      Defendant's Motion to Dismiss Plaintiff's Complaint is based upon the
5  accompanying Memorandum of Points and Authorities, the complete files and
6  records in this action, and upon such oral and documentary evidence as may be
7  allowed at the hearing on this motion.
8      This motion is made following the conference of plaintiff in pro se and
9  defense counsel pursuant to L.R. 7- 3 which took place via email on August 17,
10 2020 and continuing through the date of the filing of this motion.

Dated: August 28, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JANE ZACK SIMON
Supervising Deputy Attorney General
KEITH C. SHAW
Deputy Attorney General

*/s/ Amy W. Lo*

AMY W. LO
Deputy Attorney General
*Attorneys for Defendant Dev Appannagari Gnanadev*