UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:19-cv-02223-RGK-SHK | Date: | September 11, 2020 |
|---|---|---|---|
| Title: | *Hanna Rhee v. Dev Appannagari Gnanadev* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS TO DISMISS AND STRIKE**

The Court has received the Motion to Dismiss ("MTD") and Motion to Strike Allegations from Complaint ("MTS") (cumulatively "Motions") filed by Defendant Dev Appannagari Gnanadev ("Defendant") on August 28, 2020. Electronic Case Filing Number ("ECF No.") 25, MTD; ECF No. 26, MTS. At this time, the Court concludes that a hearing on the Motions is not necessary. See C.D. Cal. Local Civ. R. ("L.R.") 7-15. The Court may later schedule a hearing if it determines, upon further review, that one would be helpful.

THEREFORE,

1.) The hearing noticed for October 6, 2020 is hereby **VACATED** and the matter taken off calendar.

2.) Plaintiff Hanna Rhee's ("Plaintiff's") opposition, or notice of non-opposition, to the Motions must be served and filed on or before **September 24, 2020**. An opposition should be limited to issues raised in the MTD.

Unless the Court orders otherwise, Defendant shall not file a reply to Plaintiff's opposition. The Motions will be taken under submission as of the date Plaintiff's opposition is due and/or filed and will be decided on the papers without oral argument.

**Plaintiff is advised that failure to oppose the Motions may be construed as consent to the granting of the Motions and <u>may result in dismissal of the action</u> under L.R. 7-12**.

**IT IS SO ORDERED**