|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA RHEE,<br><br>                          Plaintiff,<br><br>       v.<br><br>DEV APPANNAGARI GNANADEV,<br><br>                          Defendant. | Case No. 5:19-cv-02223-RGK (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [Electronic Case Filing Number ("ECF No.") 25] is **GRANTED**, Defendant's Motion to Strike [ECF No. 26] is **DENIED**, and that Judgment be entered **DISMISSING** this action without prejudice.

Dated: April 15, 2021

                                                      */s/ Gary Klausner*
                                       HONORABLE R. GARY KLAUSNER
                                       United States District Judge