JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA RHEE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEV APPANNAGARI GNANADEV,<br><br>　　　　　　　　Defendant. | Case No. 5:19-cv-02223-RGK (SHK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: April 15, 2021

_____
HONORABLE R. GARY KLAUSNER
United States District Judge